IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KEVIN L. REVELS, ) | |
| TDCJ #654284, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Civil No. 7:13-CV-089-O-BL |
| ) | |
| WILLIAM STEPHENS, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
|     Respondent. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, it is ORDERED that the petition for writ of habeas corpus is DISMISSED.

SO ORDERED this 4th day of March, 2014.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE